# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 4510                                  Telephone: (212) 317-1200
New York, New York 10165                                   Facsimile: (212) 317-1620
————

jandrophy@faillacelaw.com

May 11, 2018

**BY ECF**
Honorable Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

  Re: **Garcia-Daniel v. El Paso Taqueria Corp., et al.,**

    **17-cv-5917 (SN)**

Dear Judge Netburn:

This office represents Plaintiffs in the above referenced matter. We write in response to the Court's order dated May 4, 2018 (Dkt. No. 40)

A copy of the fully executed Agreement is attached hereto as Exhibit A.

Additionally, we write to clarify that Plaintiffs' engagement agreements with counsel provide as follows:

> If recovery is made on your behalf, you shall pay us for legal services rendered, the greater of a sum equal 40% of any and all sums recovered either as a result of trial or by way of settlement (including attorneys' fee awards) or the amount of "reasonable attorneys fees' determined by the Court or agreed upon by the defendants.

The parties respectfully request that the Court approve the settlement agreement. Thank you for your consideration in this matter

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy

*Certified as a minority-owned business in the State of New York*

Page 2


Encls.

Case 1:17-cv-05917-SN    Document 41    Filed 05/11/18    Page 2 of 2

Page 2