UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALFREDO GARCIA-DANIEL, et al.,

                                    **Plaintiffs,**                      **17-CV-5917 (SN)**

              -against-                                      **ORDER**

EL PASO TAQUERIA CORP., et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, counsel for the parties submitted their proposed settlement agreement on May 11, 2018. ECF No. 41. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      May 15, 2018
                New York, New York